**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____ Chapter __11__

❑ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **National Road Logistics, LLC.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 3 1 5 7 3 2 4** |

**4. Debtor's address**

**Principal place of business**

**2651 Signal Pkwy**
Number        Street

**Signal Hill, CA 90755**
City                    State    ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://nationalroadlogistics.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

Debtor **National Road Logistics, LLC.**

Case number *(if known)* _____

Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
484110 ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor  **National Road Logistics, LLC.**          Case number *(if known)*
　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>　　　　　　　　　　　　Number　　Street<br>　　　　　　　　　　　　_____<br>　　　　　　　　　　　　_____<br>　　　　　　　　　　　　City　　　　　State　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☑ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　☑ $1,000,001-$10 million　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor    **National Road Logistics, LLC.**                    Case number *(if known)* _____
          Name

**16. Estimated liabilities**

☐ $0-$50,000          ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM/ DD/ YYYY

X _____         **Paul Dukesherer**
  Signature of authorized representative of debtor    Printed name

Title _____ **President** _____

**18. Signature of attorney**

X  /S/ Anerio V. Altman, Esq.          Date  4/6/2026
   Signature of attorney for debtor           MM/ DD/ YYYY

**Anerio Ventura Altman**
Printed name

**Lake Forest Bankruptcy**
Firm name

**26632 Towne Centre Drive 300**
Number        Street

**Foothill Ranch**              **CA**      **92610**
City                           State      ZIP Code

**(949) 218-2002**              **avaesq@lakeforestbkoffice.com**
Contact phone                   Email address

**228445**                      **CA**
Bar number                      State

---

United States Bankruptcy Court

Central District of California

**In Re:**   National Road Logistics, LLC.

Case No: _____

Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Paul Dukesherer, declare under penalty of perjury that I am the President of National Road Logistics, LLC., a California Corporation and that on the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Paul Dukesherer, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Paul Dukesherer, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Paul Dukesherer, President of this Corporation, is authorized and directed to employ Anerio Ventura Altman and to represent the Corporation in such bankruptcy case."

Executed on:  4/6/2026 _____

Signed: _____
Paul Dukesherer, President

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ____Lake Forest____, California

Paul Dukesherer
President

Date: __4/6/2026__

Signature of Debtor 2

___

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify the case:

Debtor name      **National Road Logistics, LLC.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Nordstrom PO Box 100135 Columbia, SC 29202 | | Commercial Lot Lease deficiency | | | | $9,506,850.00 |
| 2 | Prologis Management, LLC. 4545 Airport Way Denver, CO 80239 | | Vendor | | | | $8,326,712.00 |
| 3 | Sunshine Distribution, L.P. 222 S. Riverside Plaza 2600 Chicago, IL 60606-6114 | | Breach of Contract | Contingent Unliquidated | | | $7,500,000.00 |
| 4 | Sunshine Distribution, L.P. 1840 Century Park East 1900 Los Angeles, CA 90067 | | Judgment Lien | Disputed | $7,500,000.00 | $411,000.00 | $7,089,000.00 |
| 5 | Milestone Equipment Company 1320 E. Lomita Boulevard Wilmington, CA 90744 | | Vendor | | | | $3,336,810.00 |
| 6 | Milestone Concora PO Box 4477 Beaverton, OR 97076 | | Vehicle Leases | Disputed | | | $3,212,204.87 |
| 7 | McKinney Trailer Rentals 5144 Stratford Road Los Angeles, CA 90042 | | Vendor | | | | $573,738.78 |
| 8 | McKinney Vehicle Services, Inc. 2601 Saturn Street 110 Brea, CA 92821 | | Equipment Leasing | | | | $573,738.78 |

Debtor   **National Road Logistics, LLC.**                                    Case number (if known) _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  TEC Equipment<br>P.O. Box 743076<br>Los Angeles, CA 90074 | | Chasis Lease | | | | $415,113.00 |
| 10  THDT Brokering, Inc.<br>P.O. Box 743076<br>Los Angeles, CA 90074 | | Vendor | | | | $397,621.00 |
| 11  Prosport Logistics<br>1800 Wazee Street 500<br>Denver, CO 80202 | | Vendor | | | | $198,484.00 |
| 12  Globaltranz Enterprises, Inc.<br>2700 Commerce Street 1500<br>Dallas, TX 75226 | | Breach of Contract | | | | $193,965.00 |
| 13  Corcentric, LLC.<br>6223 North Discovery Way 120<br>Boise, ID 83713 | | Vendor | | | | $151,260.87 |
| 14  KCH Transportation<br>1208 King Street<br>Chattanooga, TN 37403 | | Breach of Contract | | | | $139,633.33 |
| 15  Select HR Services, LLC.<br>1001 W. Whittier Boulevard D<br>Montebello, CA 90640 | | Breach of Contract | | | | $131,000.00 |
| 16  Select HR Services C/O Rev. Capital<br>P.O. Box 2192<br>Calexico, CA 92232 | | Vendor | | | | $106,541.09 |
| 17  Capital Premium Insurance<br>12235 South 880<br>Draper, UT 84020 | | Vendor | | | | $93,561.90 |
| 18  CSI Patrol Service, Inc.<br>2288 Airway Lane<br>San Diego, CA 92154 | | Vendor | | | | $83,544.50 |
| 19  Prologis Essentials Development, Inc.<br>1800 Wazee Street 500<br>Denver, CO 80202 | | Breach of Contract | | | | $81,434.65 |
| 20  C3 Fuels<br>P.O. Box 91417<br>Long Beach, CA 90809 | | Vendor | | | | $79,570.33 |

Fill in this information to identify the case:

Debtor Name **National Road Logistics, LLC.**

United States Bankruptcy Court for the: **Central** District of **California**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **3 5 1 4** | **$411,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$411,000.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 **Alex C. and Seong Bun Kim** | **$43,200.00** |

Debtor   **National Road Logistics, LLC.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 7.2 | **1562 Properties, LLC.** | | **$6,453.00** |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

**$49,653.00**

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   **$560,023.00** - **unknown** =..... ➜   **$560,023.00**

face amount   doubtful or uncollectible accounts

11b. Over 90 days old:   **$198,674.56** - **$95,767.00** =..... ➜   **$95,767.00**

face amount   doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$655,790.00**

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**   **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

Debtor   **National Road Logistics, LLC.**                              Case number *(if known)* _____

 Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____         _____   _____

    16.2 _____         _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    _____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor  **National Road Logistics, LLC.**

Name

Case number *(if known)* _____

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor  **National Road Logistics, LLC.**                                      Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Desks** | $11,068.17 | Estimate | $11,068.17 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Desktop.laptop computers & printerse** | $15,064.52 | Estimate | $15,064.52 |
| **Forklifts/Equipment** | $81,434.65 | Estimate | $81,434.65 |
| **Equipment Type. Quantity 20' Slider 2 40-45 Extendable. 1 40' Gooseneck. 1 40' Gooseneck. 2 40' Gooseneck. 280 40-45' Extensable. 10 20/40' Combo Triaxle. 10** | $0.00 | Leased equipment | $0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | | | |
| 42.2 _____ | | | |
| 42.3 _____ | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                                 | $107,567.34 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2015 Freightliner Cascadia** | unknown | Purchase Price | $14,000.00 |

Debtor   **National Road Logistics, LLC.**                    Case number *(if known)* _____
               Name

| | | | |
|---|---|---|---|
| 47.2 **2016 Freightliner Cascadia** | **unknown** | **Purchase Price** | **$17,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  _____  _____  _____

48.2 _____  _____  _____  _____

49. **Aircraft and accessories**

49.1 _____  _____  _____  _____

49.2 _____  _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                **$31,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **17777 Center Court Drive North 100 /** 17777 Center Court Drive North 100 Cerritos, CA 90703 | **Tenant Only** | **unknown** | **Rented Property** | **$0.00** |
| 55.2 **515 S. Flower Street /** 515 S. Flower Street 1300 Los Angeles, CA 90071 | **Rental Property** | **unknown** | **Rental Property** | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                **$0.00**

Debtor    **National Road Logistics, LLC.**                    Case number *(if known)* _____
          Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| This is the Company's website. | unknown | www.nationalroadlogistics.com | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
| --- |
| |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

Debtor      **National Road Logistics, LLC.**

Name                                                            Case number *(if known)* _____

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ =➜ _____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**2025 Tax Refund** _____    Tax year __**2025**__           **unknown**

73. **Interests in insurance policies or annuities**

**3 Insurance Policies: Worker's Compensation, General Liability and Warehouse Insurance**      **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

**Nature of claim**      _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

**Nature of claim**      _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**VOYA Employer 401K Account Funds**       **$354,491.63**

78. **Total of Part 11**                          **$354,491.63**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $411,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,653.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $655,790.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $107,567.34 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $354,491.63 | |
| 91. | **Total.** *Add lines 80 through 90 for each column.*..........................91a. | $1,609,501.97 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $1,609,501.97 |

---

**Fill in this information to identify the case:**

Debtor name  **National Road Logistics, LLC.**

United States Bankruptcy Court for the: _____**Central**_____  District of  **California**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

**Advance Service Group, LLC**

**Creditor's mailing address**

**2-01 50th Street**

**Long Island City, NY 11101**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**  **8  7  3  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Lien Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | unknown | unknown |
| --- | --- | --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$7,500,000.00**

Debtor   **National Road Logistics, LLC.**

Name

Case number (if known) _____

| | Column A | Column B |
|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2**   **Creditor's name**

**Platinum Cargo Logistics**

**Creditor's mailing address**

**1842 E. 41st Place**

**Los Angeles, CA 90058**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/14/2024**

**Last 4 digits of account number**   **9 4 4 1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.   Specify each creditor, including this creditor, and its relative priority.

　　1) Sunshine Distribution, L.P.; 2) PNC Bank, N.A.; **3) Platinum Cargo Logistics**; 4) Platinum Cargo Logistics, LLC.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bank of America

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **$411,000.00**

Debtor  **National Road Logistics, LLC.**                                           Case number (if known) _____

Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

| Part 1: | Additional Page | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Platinum Cargo Logistics, LLC.**

**Creditor's mailing address**

**5181 Ward Road 101**

**Wheat Ridge, CO 80033**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **1  5  2  5**
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

 ❑ No. Specify each creditor, including this creditor, and its relative priority.

 _____

 ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Bank of America

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

| unknown | $411,000.00 |

Debtor   **National Road Logistics, LLC.**                                          Case number (if known) _____

       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**PNC Bank, N.A.**

**Creditor's mailing address**

**655 Business Center Drive 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **4/1/2025**

**Last 4 digits of account number**   **3  5  2  3**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

☑ Unliquidated

☑ Disputed

**unknown**          **unknown**

Debtor    **National Road Logistics, LLC.**                                    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**PNC Bank, N.A.**

**Creditor's mailing address**

**655 Business Center Drive 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **4/9/2024**

**Last 4 digits of account number**    **1  3  2  8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Lien Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**unknown**                    **unknown**

Debtor   **National Road Logistics, LLC.**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.6  Creditor's name**

**PNC Bank, N.A.**

**Creditor's mailing address**

**655 Business Center Drive 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred    5/2/2024**

**Last 4 digits of account    0  2  2  7
number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**unknown**          **unknown**

**Describe the lien**

**Lien Financing Statement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

Debtor   **National Road Logistics, LLC.**                                          Case number (if known) _____

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**PNC Bank, N.A.**

**Creditor's mailing address**

**655 Business Center Drive 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **7/5/2023**

**Last 4 digits of account**   **3  8  3  9**
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Bank of America

**Describe the lien**

**Lien Financing Statement**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

Column A: **unknown**      Column B: **$411,000.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **7** of **11**

Debtor    **National Road Logistics, LLC.**                                      Case number (if known) _____

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**PNC Bank, N.A.**

**Creditor's mailing address**

**655 Business Center Drive 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **7/5/2023**

**Last 4 digits of account**    **3  8  3  9**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
     relative priority?

   ❑ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

        _____

        _____

   ❑ Yes. The relative priority of creditors
        is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Lien Financing Statement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

**unknown**          **unknown**

Debtor   **National Road Logistics, LLC.**                                    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9** **Creditor's name**

PNC Bank, N.A.

**Creditor's mailing address**

655 Business Center Drive 250

Horsham, PA 19044

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/10/2023

**Last 4 digits of account number**   1  2  2  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Lien Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **unknown**

Debtor    **National Road Logistics, LLC.**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Sunshine Distribution, L.P.**

**Creditor's mailing address**

**1840 Century Park East 1900**

**Los Angeles, CA 90067**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **3/9/2026**

**Last 4 digits of account**    **2  5  7  0**
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __**2.2**__

**Describe debtor's property that is subject to a lien**

Bank of America

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

$7,500,000.00    $411,000.00

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page __10__ of __11__

Debtor    **National Road Logistics, LLC.**

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11 Creditor's name**

**Toyota Industries Commercial Finance, Inc.**

**Creditor's mailing address**

P.O. Box 634558

Cincinnati, OH 45263

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/1/2023

**Last 4 digits of account number**   9  4  4  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklifts/Equipment

**Describe the lien**

Equipment Finance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

unknown          $81,434.65

Fill in this information to identify the case:

Debtor name  **National Road Logistics, LLC.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

❑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

❑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

❑ No

❑ Yes

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent

❑ Unliquidated

❑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

❑ No

❑ Yes

Debtor  **National Road Logistics, LLC.**                             Case number *(if known)* _____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**ACC Business**

**P.O. Box 5077**

**Carol Stream, IL 60197**

| As of the petition filing date, the claim is: | $5,545.84 |
|---|---|

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**Acumen Group**

**2651 walnut Avenue**

**Signal Hill, CA 90755**

| As of the petition filing date, the claim is: | $1,014.60 |
|---|---|

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**Airespring**

**1801 W. Olympic Boulevard**

**Pasadena, CA 91199**

| As of the petition filing date, the claim is: | $2,816.72 |
|---|---|

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**AJW Enterprise**

**19540 Vista Hermosa Drive**

**Walnut, CA 91789**

| As of the petition filing date, the claim is: | $8,613.31 |
|---|---|

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor    **National Road Logistics, LLC.**
_____ Case number *(if known)* _____
Name

Part 2:    Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,000.00 |
|---|---|---|---|

**ALC Investment Group, LLC.**

**12523 Limonite Avenue 440-279**

**Mira Loma, CA 91752**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,725.00 |
|---|---|---|---|

**Alliance Specialist**

**P.O. Box 1286**

**Downey, CA 90240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,280.00 |
|---|---|---|---|

**AM Trans Expedite**

**P.O. Box 24498**

**New York, NY 10087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,505.00 |
|---|---|---|---|

**American Intermodal Logistics**

**P.O. Box 674951**

**Detroit, MI 48267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **National Road Logistics, LLC.**                                       Case number *(if known)*
          Name

| Part 2: | Additional Page |

**3.9**  **Nonpriority creditor's name and mailing address**

**Atlas Transportation Services**

**2306 Avenida Costa Este**

**San Diego, CA 92154**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$21,430.00

---

**3.10**  **Nonpriority creditor's name and mailing address**

**ATS Logistics Services, Inc.**

**L6x 7130 P.o. Box 1450**

**Minneapolis, MN**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$2,700.00

---

**3.11**  **Nonpriority creditor's name and mailing address**

**Autotek Compliance**

**140 Linden Avenue #1055**

**Long Beach, CA 90802**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,700.00

---

**3.12**  **Nonpriority creditor's name and mailing address**

**Avcogas**

**253 N. Berry**

**Brea, CA 92821**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,346.65

---

Debtor     **National Road Logistics, LLC.**                                     Case number *(if known)*
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,157.00

**BCM Customer Service, Inc.**

**12155 Kirham Road**

**Poway, CA 92064**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Vendor__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,690.00

**BNC Technology Inc.**

**8441 Klingerman**

**Rosemead, CA 91770**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Vendor__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,775.00

**Brothers Pallets**

**1603 E. Poppy Street**

**Long Beach, CA 90805**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Vendor__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,570.33

**C3 Fuels**

**P.O. Box 91417**

**Long Beach, CA 90809**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Vendor__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____

Name

## Part 2:  Additional Page

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281.00 |
| --- | --- | --- | --- |

**California Superior Court**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Filing Fee.**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**  __ __ __ __

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,550.00 |
| --- | --- | --- | --- |

**Camel Logistics, LLC.**

**4 Carriage Ln**

**Charleston, SC 29407-6065**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Breach of Contract**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**  **0  1  8  5**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,154.19 |
| --- | --- | --- | --- |

**Canon Financial Services, Inc.**

**14904 Collections Center Drive**

**Chicago, IL 60693**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**  __ __ __ __

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93,561.90 |
| --- | --- | --- | --- |

**Capital Premium Insurance**

**12235 South 880**

**Draper, UT 84020**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**  __ __ __ __

---

Debtor    **National Road Logistics, LLC.**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

**Cargomanager**

**2560 U.S. Highway 22 East**

**Scotch Plains, NJ 07076**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$630.00

---

**3.22** Nonpriority creditor's name and mailing address

**Cell Business Equipment**

**P.O. Box 83149**

**Chicago, IL 60691**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,394.13

---

**3.23** Nonpriority creditor's name and mailing address

**Christ Loves you**

**P.O. Box 030310**

**Los Angeles, CA 90030**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$8,370.00

---

**3.24** Nonpriority creditor's name and mailing address

**City of Angels Fire Protection**

**8434 Tweedy Lane**

**Downey, CA 90240**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$370.00

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |
|---|---|

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,642.33 |
|---|---|---|---|

**City of Los Angles Fire Department**

**4284 Union Pacific Avenue**

**Los Angeles, CA 90023**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    — — — —

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,642.33 |
|---|---|---|---|

**City of Vernon**

**P.O. Box 102661**

**Pasadena, CA 91189**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    — — — —

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281.88 |
|---|---|---|---|

**COFC Logistics LLC**

**P.O. Box 102661**

**Pasadena, CA 91189**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    — — — —

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $512.33 |
|---|---|---|---|

**Comcast Business**

**7015 Spring Meadows Drive**

**Holland, OH 43528**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    — — — —

---

Debtor    **National Road Logistics, LLC.**                    Case number *(if known)*
      Name

| Part 2: | Additional Page |
|---|---|

**3.29** **Nonpriority creditor's name and mailing address**

**Copeland**

**P.O. Box 60533**

**City of Industry, CA 91716**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$7,727.51

---

**3.30** **Nonpriority creditor's name and mailing address**

**Corcentric, LLC.**

**6223 North Discovery Way 120**

**Boise, ID 83713**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$151,260.87

---

**3.31** **Nonpriority creditor's name and mailing address**

**Coverall North America, Inc.**

**62861 Collections Center Drive**

**Chicago, IL 60693**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$9,250.00

---

**3.32** **Nonpriority creditor's name and mailing address**

**Crown XPress Transport**

**2955 Momentum Place**

**Chicago, IL 60689**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

$10,010.45

---

Debtor  **National Road Logistics, LLC.**                                Case number *(if known)* _____

Name

---

Part 2:  Additional Page

| | | |
|---|---|---|
| **3.33** | | $83,544.50 |

**Nonpriority creditor's name and mailing address**

**CSI Patrol Service, Inc.**

**2288 Airway Lane**

**San Diego, CA 92154**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| | | |
|---|---|---|
| **3.34** | | $12,395.00 |

**Nonpriority creditor's name and mailing address**

**DCLI**

**3605 Long Beach Boulevard 205**

**Long Beach, CA 90807**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** **Vendors**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| | | |
|---|---|---|
| **3.35** | | unknown |

**Nonpriority creditor's name and mailing address**

**Dead Presidents, LLC.**

**C/O Gerardo Hernandez**

**27120 Eucalyptus G**

**Moreno Valley, CA 92555**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

| | | |
|---|---|---|
| **3.36** | | $283.00 |

**Nonpriority creditor's name and mailing address**

**Department of Motor Vehicles**

**P.O. Box 825339**

**Sacramento, CA 94232**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor **National Road Logistics, LLC.** Case number *(if known)* _____

Name

| Part 2: | Additional Page |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,650.00 |
|---|---|---|---|

**Descartes Systems (USA)**

**P.O. Box 825339**

**Atlanta, GA 30384**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,544.00 |
|---|---|---|---|

**DMHS**

**P.O. Box 31001-4056**

**Pasadena, CA 91110**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,600.00 |
|---|---|---|---|

**Duran Freight Corp.**

**7295 Siempre Viva Road**

**San Diego, CA 92154**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,650.00 |
|---|---|---|---|

**Elumus, LLC.**

**430 S. Tracy Avenue**

**Bozeman, MT 59715**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor  **National Road Logistics, LLC.**                                   Case number *(if known)* _____

    Name

**Part 2:**  Additional Page

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $819.00 |
|---|---|---|---|

**Enriques Forklift Repair Inc.**

**11902 Laurel Avenue**

**Whittier, CA 90605**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,830.00 |
|---|---|---|---|

**Evans Delivery Company, Inc.**

**P.O. box 62892**

**Baltimore, MD 21264**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,830.00 |
|---|---|---|---|

**Extensiv**

**2100 E. Grand Avenue 100**

**El Segundo, CA 90245**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100.00 |
|---|---|---|---|

**Firetron Life Safety Solutions**

**P.O. Box 1787**

**San Antonio, TX 78296**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor     **National Road Logistics, LLC.**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

**Flatbed Dispatch, Inc.**

**26025 Newport Road F453**

**Menifee, CA 92584**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,889.91 |
|---|---|---|---|

**Flexi Van Leasing, LLC.**

**Mail Code 5269, P.O. Box 660367**

**Dallas, TX 75266**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $371.81 |
|---|---|---|---|

**For2Fi, Inc.**

**P.O. Box 79428**

**Dallas, TX 75266**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,811.42 |
|---|---|---|---|

**Forward Air Corporation**

**P.O. Box 950452**

**Saint Louis, MO 63195**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❏ Yes

---

Debtor **National Road Logistics, LLC.**          Case number *(if known)*
Name

---

Part 2: Additional Page

---

**3.49** **Nonpriority creditor's name and mailing address**

**Fox River Packaging**

**P.O. Box 950452**

**Saint Louis, MO 63195**

Date or dates debt was incurred _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**      **$2,261.55**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

**Freight Flex Corporate**

**2437 Fort Worth Drive**

**Denton, TX 76205**

Date or dates debt was incurred _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**      **$790.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

**FS Commercial Landscape, Inc.**

**5151 Pedly Road**

**Jurupa Valley, CA 92509**

Date or dates debt was incurred _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**      **$3,540.66**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

**GBA Trans, Inc.**

**317 SW 322nd Street**

**Federal Way, WA 98023**

Date or dates debt was incurred _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**      **$2,850.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____
     Name

---

| Part 2: | Additional Page |
|---|---|

**3.53** **Nonpriority creditor's name and mailing address**

  **GBS Electric, LLC.**

  **602 Grand Avenue**

  **Bacliff, TX 77518**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $281.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

  **GFL Environmental**

  **P.O. Box 4524**

  **Houston, TX 77210**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $1,579.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

  **Globaltranz Enterprises, Inc.**

  **2700 Commerce Street 1500**

  **Dallas, TX 75226**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **0  9  8  8**

**As of the petition filing date, the claim is:** $193,965.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Breach of Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

  **Greenway Worldwide**

  **714 West Olympic Boulevard 801**

  **Los Angeles, CA 90015**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $8,540.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 15 of 38

Debtor    **National Road Logistics, LLC.**

Name

Case number *(if known)*

---

Part 2:    Additional Page

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,096.42 |

**Harbor Truck Parts**

**17316 S. Broadway Gardena**

**Gardena, CA 90248**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** — — — —

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,706.00 |

**Hockaday Transportation, LLC.**

**5526 Palos Verdes Boulevard**

**Torrance, CA 90502**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** — — — —

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |

**Hyundai Merchant Marine Co.**

**A/R/ Dpt 222 W. Las Colinas Boulevard 700**

**Irving, TX 75039**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** — — — —

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $98.95 |

**J.J. Keller & Associates, Inc.**

**P.O. Box 6609**

**Carol Stream, IL 60197**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** — — — —

---

Debtor   **National Road Logistics, LLC.**                      Case number *(if known)*
    Name

---

**Part 2:** Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,835.00**

**Justos Machine Shop, Inc.**

**6601 S. Maywood Avenue P**

**Huntington Park, CA 90255**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,740.00**

**Kair Harbor Express**

**256 W. Manville Street**

**Compton, CA 90220**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139,633.33**

**KCH Transportation**

**1208 King Street**

**Chattanooga, TN 37403**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Breach of Contract**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,886.00**

**Leviton Manufacturing**

**201 North Service Road,**

**Melville, NY 11747**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Breach of Contract**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **3  5  8  2**

---

Debtor   **National Road Logistics, LLC.**                                     Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |
| --- | --- |

**3.65** | **Nonpriority creditor's name and mailing address**

**Lift Data Services**

**4368 Bandini Boulevard**

**Los Angeles, CA 90058**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $825.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

**Lopez Transportation Services, LLC.**

**220 Saint Michael Street**

**Mobile, AL 36602**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $5,231.12
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**

**Los Angeles County Tax Collector**

**13839 Reeveston Road**

**Houston, TX 77039**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $8,256.37
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Property taxes**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Los Angeles County Treasurer**

**P.O. Box 54027**

**Los Angeles, CA 90054**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $286.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Property Taxes**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor     **National Road Logistics, LLC.**                          Case number *(if known)* _____
             Name

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $9,700.00 |

**3.69**

**Nonpriority creditor's name and mailing address**

**Margin Freight**

**P.O. Box 512399**

**Los Angeles, CA 90051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $9,700.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Maxx Trailers, LLC.**

**P.O. Box 737606**

**Dallas, TX 75373**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,557.50
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

**McKinney Trailer Rentals**

**5144 Stratford Road**

**Los Angeles, CA 90042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $573,738.78
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**

**McKinney Vehicle Services, Inc.**

**2601 Saturn Street 110**

**Brea, CA 92821**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $573,738.78
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Equipment Leasing**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **National Road Logistics, LLC.**                                    Case number *(if known)* _____

       Name

| **Part 2:** | Additional Page |
|---|---|

**3.73** | **Nonpriority creditor's name and mailing address**

**Michoacano Road Service**

**P.O. Box 515574**

**Los Angeles, CA 90042**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,318.00

---

**3.74** | **Nonpriority creditor's name and mailing address**

**Mid Lane Carriers, Inc.**

**1327 w. El Segundo Boulevard**

**Gardena, CA 90247**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,750.00

---

**3.75** | **Nonpriority creditor's name and mailing address**

**Milestone**

**Concora**

**PO Box 4477**

**Beaverton, OR 97076**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Vehicle Leases**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,212,204.87

---

**3.76** | **Nonpriority creditor's name and mailing address**

**Milestone Equipment Company**

**1320 E. Lomita Boulevard**

**Wilmington, CA 90744**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,336,810.00

---

Debtor    **National Road Logistics, LLC.**                                        Case number *(if known)* _____
              Name

Part 2:  Additional Page

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,506,850.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nordstrom**

**PO Box 100135**

**Columbia, SC 29202**

Date or dates debt was incurred     _____

Last 4 digits of account number     **3  0  7  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Commercial Lot Lease**
Basis for the claim:  **deficiency**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,506,850.00

---

3.78 **Nonpriority creditor's name and mailing address**

**Optix, LLC.**

**529 S 16th St**

**La Porte, TX 77571**

Date or dates debt was incurred     _____

Last 4 digits of account number     — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,131.25

---

3.79 **Nonpriority creditor's name and mailing address**

**Pacific Power Logistics, Inc.**

**2599 E. 28th Street 208**

**Signal Hill, CA 90755**

Date or dates debt was incurred     _____

Last 4 digits of account number     **9  7  9  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,300.00

---

3.80 **Nonpriority creditor's name and mailing address**

**Pacific Terminal Services Company, LLC.**

**P.O. Box 679856**

**Dallas, TX 75320**

Date or dates debt was incurred     _____

Last 4 digits of account number     — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,461.50

---

Debtor   **National Road Logistics, LLC.**                                          Case number *(if known)*
         Name

## Part 2: Additional Page

### 3.81

**Nonpriority creditor's name and mailing address**

**Paul Dukesherer**

**23402 Via Alondra**

**Coto De Caza, CA 92679-3937**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Insider Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$100,000.00**

### 3.82

**Nonpriority creditor's name and mailing address**

**Penjamo Pallets, LLC.**

**250 West Wardlow Road**

**Long Beach, CA 90807**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$15,342.00**

### 3.83

**Nonpriority creditor's name and mailing address**

**Penske Truck Rentals**

**4332 Cerritos Avenue 204**

**Los Alamitos, CA 90720**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$5,662.83**

### 3.84

**Nonpriority creditor's name and mailing address**

**Platinum Cargo Logistics**

**1842 E. 41st Place**

**Los Angeles, CA 90058**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,350.00**

Debtor      **National Road Logistics, LLC.**                                              Case number *(if known)* _____

           Name

---

**Part 2:** Additional Page

---

**3.85** **Nonpriority creditor's name and mailing address**

**PNC Equipment Finance**

**801 Adlai Stevenson Drive**

**Springfield, IL 62703**

Date or dates debt was incurred     **3/11/2022**

Last 4 digits of account number     **9  2  3  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim: UCC-1**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.86** **Nonpriority creditor's name and mailing address**

**PortPro Technologies**

**P.O. Box 827380**

**Philadelphia, PA 19182**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$53,994.85**

---

**3.87** **Nonpriority creditor's name and mailing address**

**Premier Safety Compliance**

**Dept. 42138 P.O. Box 650823**

**Dallas, TX 75265**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,520.00**

---

**3.88** **Nonpriority creditor's name and mailing address**

**Price Transfer**

**P.O. Box 23996**

**New York, NY 10087**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$44,600.00**

---

Debtor    **National Road Logistics, LLC.**
    Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.89 Nonpriority creditor's name and mailing address**

**Prologis Essentials Development, Inc.**

**1800 Wazee Street 500**

**Denver, CO 80202**

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Breach of Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$81,434.65

---

**3.90 Nonpriority creditor's name and mailing address**

**Prologis Management, LLC.**

**4545 Airport Way**

**Denver, CO 80239**

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☐ No
☑ Yes

$8,326,712.00

---

**3.91 Nonpriority creditor's name and mailing address**

**Prosport Logistics**

**1800 Wazee Street 500**

**Denver, CO 80202**

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$198,484.00

---

**3.92 Nonpriority creditor's name and mailing address**

**Quickfix Chassis**

**17777 Center Court North Drive 100**

**Cerritos, CA 90703**

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,210.00

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)*
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
          Name

**Part 2:    Additional Page**

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.81 |
| | **Quill** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **3806 Kelley Avenue A** | ❑ Unliquidated | |
| | **Springdale, AR 72762** | ❑ Disputed | |
| | | **Basis for the claim: Vendor** | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** ▁ ▁ ▁ ▁ | ☑ No  ❑ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $258.31 |
| | **Republic Services** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **P.O. Box 90008** | ❑ Unliquidated | |
| | **Long Beach, CA 90809** | ❑ Disputed | |
| | | **Basis for the claim: Vendor** | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** ▁ ▁ ▁ ▁ | ☑ No  ❑ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,639.00 |
| | **Rotary Club of San Pedro** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **P.O. Box 37600** | ❑ Unliquidated | |
| | **Philadelphia, PA 19101** | ❑ Disputed | |
| | | **Basis for the claim: Vendor** | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** ▁ ▁ ▁ ▁ | ☑ No  ❑ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,760.00 |
| | **RTS Financial Services, Inc.** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **P.O. Box 78829** | ❑ Unliquidated | |
| | **Phoenix, AZ 85062** | ❑ Disputed | |
| | | **Basis for the claim: Vendor** | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** ▁ ▁ ▁ ▁ | ☑ No  ❑ Yes | |

Debtor **National Road Logistics, LLC.**        Case number *(if known)* _____
     Name

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.97** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.59** |
| Saia Motor Freight Line, LLC. | ☐ Contingent | |
| P.O. Box 78829 | ☐ Unliquidated | |
| San Pedro, CA 90731 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.98** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,292.10** |
| Samsara Inc. | ☐ Contingent | |
| P.O. Box 840267 | ☐ Unliquidated | |
| Dallas, TX 75284 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.99** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,650.00** |
| SC Trans | ☐ Contingent | |
| 1 De Haro Street | ☐ Unliquidated | |
| San Francisco, CA 94107 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.100** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,959.70** |
| Scott Ryan Allman Customs Broker | ☐ Contingent | |
| P.O. box A Station 1 | ☐ Unliquidated | |
| Houma, LA 70363 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

Debtor    **National Road Logistics, LLC.**                    Case number *(if known)* _____
　　　　　Name

| Part 2: | Additional Page |
|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,765.99 |
|---|---|---|---|

**Securitas Technology Corporation**

**850 west Artesia Boulevard**

**Compton, CA 90220**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $106,541.09 |
|---|---|---|---|

**Select HR Services C/O Rev. Capital**

**P.O. Box 2192**

**Calexico, CA 92232**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $131,000.00 |
|---|---|---|---|

**Select HR Services, LLC.**

**1001 W. Whittier Boulevard D**

**Montebello, CA 90640**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Breach of Contract**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.00 |
|---|---|---|---|

**Shorty's Towing**

**Department CH 10651**

**Palatine, IL 60055**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____
_____
Name

Part 2:   Additional Page

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,393.00** |
|---|---|---|---|

**Silverstar Express, Inc.**

P.O. Box 741791

Los Angeles, CA 90074

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  — — — —

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,021.37** |
|---|---|---|---|

**Smart Source of California, LLC.**

19010 South Laurel Park Drive

Compton, CA 90220

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  — — — —

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,460.00** |
|---|---|---|---|

**Sparta Fence Inc.**

P.O. Box 106022

Atlanta, GA 30348

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  — — — —

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,849.22** |
|---|---|---|---|

**Starship 1960**

504 S. Lemon

Fullerton, CA 92832

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  — — — —

Debtor    **National Road Logistics, LLC.**                              Case number *(if known)*
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,500,000.00 |
|-------|---|---|---|

**Sunshine Distribution, L.P.**

**222 S. Riverside Plaza 2600**

**Chicago, IL 60606-6114**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Breach of Contract**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,600.00 |
|-------|---|---|---|

**TAFS, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,585.54 |
|-------|---|---|---|

**TCI Leasing**

**265 West Mill Street**

**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Executory Contract**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $415,113.00 |
|-------|---|---|---|

**TEC Equipment**

**P.O. Box 743076**

**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Chasis Lease**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)*
          Name

| Part 2: | Additional Page |

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $397,621.00
| | *Check all that apply.*
| THDT Brokering, Inc. | ❑ Contingent
| | ❑ Unliquidated
| P.O. Box 743076 | ❑ Disputed
| Los Angeles, CA 90074 |
| | **Basis for the claim:** **Vendor**
| **Date or dates debt was incurred** | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00
| | *Check all that apply.*
| The Simplex Group, Inc. | ❑ Contingent
| | ❑ Unliquidated
| | ❑ Disputed
| |
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $451.00
| | *Check all that apply.*
| Torres Tire Shop | ❑ Contingent
| | ❑ Unliquidated
| 7500 NW 52nd Street 100 | ❑ Disputed
| Miami, FL 33166 |
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,050.00
| | *Check all that apply.*
| Total quality Logistics | ❑ Contingent
| | ❑ Unliquidated
| 1301 W. 11st Street | ❑ Disputed
| Long Beach, CA 90813 |
| | **Basis for the claim:** **Vendor**
| **Date or dates debt was incurred** | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

Debtor **National Road Logistics, LLC.** Case number *(if known)* _____

Name

## Part 2: Additional Page

**3.117** **Nonpriority creditor's name and mailing address**

**Toyota Industries Commercial Finance, Inc.**

**P.O. Box 634558**

**Cincinnati, OH 45263**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $2,634.59

*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Executory Contract**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

**Toyota Material Handling Solutions**

**P.O. Box 660926**

**Dallas, TX 75266**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $329.25

*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Executory Contract**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

**TRAC Intermodal**

**750 College Road East**

**Princeton, NJ 08540**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $11,032.70

*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

**Trailer Repair System**

**C/O US BANK**

**PO Box 952064**

**Saint Louis, MO 63195**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $495.04

*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

Debtor    **National Road Logistics, LLC.**                           Case number *(if known)*
          Name

| Part 2: | Additional Page |

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,326.84**

**Trans Gas Propane**

**1309 St. Johns Bluff Road 103**

**Jacksonville, FL 32225**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Utility**

**Date or dates debt was incurred**

**Last 4 digits of account number**    — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,865.00**

**Trans Republica East, Inc.**

**P.O. Box 3983**

**Glendale, CA 91221**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**

**Last 4 digits of account number**    — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$799.00**

**Transcredit, Inc.**

**3820 Sunset Lane Apartment D**

**San Ysidro, CA 92173**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**    — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,387.50**

**Transvorto**

**27 Artley Road Unite 27-1**

**Savannah, GA 31408**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred**

**Last 4 digits of account number**    — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor     **National Road Logistics, LLC.**
          Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,647.82**

**TXU Energy**

**74-478 Highway 111**

**Palm Desert, CA 92260**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Utility

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,412.42**

**Uline**

**P.O. Box 610028**

**Dallas, TX 75261**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$700.00**

**Unlimited Port Transport**

**PO Box Box 650638**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$194.83**

**Veratex Gas Group, LLC.**

**PO Box 88741**

**Chicago, IL 60680**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____
          Name

## Part 2: Additional Page

**3.129**

**Nonpriority creditor's name and mailing address**

**Wast Resources Lynwood**

**PO Box 540467**

**Houston, TX 77259**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $1,123.28

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Utility**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Waste Management of Texas, Inc.**

**15000 S. Figueroa Street**

**Gardena, CA 90248**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $1,057.72

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Utility**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Water Source Solutions**

**Po Box 660345**

**Dallas, TX 75266**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $77.00

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Utility**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**

**West Market Industrial, LLC.**

**PO Box Box 3818**

**Gardena, CA 90247**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $33,000.00

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor      **National Road Logistics, LLC.**                                    Case number *(if known)*
     Name

---

Part 2:  Additional Page

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$173.25** |
|---|---|---|---|

**Wisetech Global, Inc.**

**14141 Covello Street 1D**

**Van Nuys, CA 91405**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,334.02** |
|---|---|---|---|

**Wisetech Global, Inc.**

**14141 Covello Street 1D**

**Van Nuys, CA 91405**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,492.46** |
|---|---|---|---|

**XTRA Lease, LLC.**

**1051 E. Woodfield Road**

**Schaumburg, IL 60173**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Executory Contract**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,738.44** |
|---|---|---|---|

**Ziglift**

**Dept CH 17504**

**Palatine, IL 60055**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❏ Yes

---

Debtor   **National Road Logistics, LLC.**                                    Case number *(if known)* _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Altus Commercial Receivables** <br> **633 W. Fifth Street 26th & 28th Floor** <br> **Los Angeles, CA 90071** | Line **3.55** <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Altus Receivables Management** <br> **c/o Getida LLC** <br> **2121 Airline Drive Suite 520** <br> **Metairie, LA 70001** | Line **3.109** <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Carl H. Petkoff** <br> **P. O Drawer 486** <br> **205 King Street 400** <br> **Charleston, SC 29402** | Line **3.18** <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Dead Presidents, LLC.** <br> **C/O Gerardo Hernandez** <br> **27120 Eucalyptus G** <br> **Moreno Valley, CA 92555** | Line **3.103** <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Hatkoff & Minassian** <br> **18757 Burbank Boulevard 100** <br> **Tarzana, CA 91356** | Line **3.72** <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Malik, M. Alim** <br> **2030 Main Street 1500** <br> **Irvine, CA 92614** | Line **3.77** <br> ❑ Not listed. Explain _____ | **3 0 7 4** |
| 4.7 **Pam Reed** <br> **2121 Airline Drive Suite 520** <br> **Altus Receivables Management** <br> **Metairie, LA 70001** | Line **3.55** <br> ❑ Not listed. Explain _____ | __ __ __ __ |

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____
                Name

| Part 3: | Additional Page |

| 4.8 | **Rutan & Tucker, LLP** | Line **3.79** | |
| | **611 Anton Blvd. 1400** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| | **Costa Mesa, CA 92626** | _____ | |
| 4.9 | **William Fox** | Line **3.63** | |
| | **Vericore** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| | **10115 Kincey Avenue 100** | | |
| | **Huntersville, NC 28078** | _____ | |
| 4.10 | **Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP.** | Line **3.75** | |
| | **11400 West Olympic Boulevard, 9th Floor** | ☐ Not listed. Explain _____ | **2   8   7   5** |
| | **Los Angeles, CA 90064-1582** | _____ | |

Debtor    **National Road Logistics, LLC.**                                    Case number *(if known)* _____
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$36,239,717.98** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$36,239,717.98** |

Fill in this information to identify the case:

Debtor name    **National Road Logistics, LLC.**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 442,550 Rentable Square Fees<br>**Contract to be REJECTED** | **1452 W. Knox Street, LLC., A Delaware Limited Liability Company**<br>**Prologis**<br>**17777 Center Court Drive North 100**<br>**Cerritos, CA 90703** |
| | State the term remaining | 32 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED**<br>**Office Lease** | **1562 Properties, LLC.**<br>**Agent Robert Craig Killam Jr.**<br>**60 Buckskin Lane** |
| | State the term remaining | 31 months | **Palos Verdes Peninsula, CA 90274** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Alex C**<br>**515 S Flower St Ste 1300** |
| | State the term remaining | 0 months | **Los Angeles, CA 90071-2252** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Chassis lease | **FlexiVan**<br>**7320 E. Butherus Drive 201** |
| | State the term remaining | 0 months | **Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Chassis Lease**<br>**Contract to be ASSUMED** | **McKinney Vehicle Services, Inc.**<br>**2601 Saturn Street 110** |
| | State the term remaining | 0 months | **Brea, CA 92821** |
| | List the contract number of any government contract | | |

Debtor **National Road Logistics, LLC.** _____  Case number (if known) _____

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** — **Chassis Lease**<br>**State the term remaining** — **0 months**<br>**List the contract number of any government contract** | **Milestone**<br>**1 E. 22nd Street 801**<br>**Lombard, IL 60148** |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** — **Contract to be REJECTED**<br>**State the term remaining** — **0 months**<br>**List the contract number of any government contract** | **Nordstrom, Inc.**<br>**8680 Hayden Place**<br>**Culver City, CA 90232** |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** — **12821 Carmenita Ave, Santa Fe Springs, CA 90670**<br>**State the term remaining** — **0 months**<br>**List the contract number of any government contract** | **Peak Logistics and Fulfillment, LLC.**<br>**4332 Cerritos Ave Ste 204**<br>**Los Alamitos, CA 90720-2557** |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** — **Contract to be ASSUMED**<br>**State the term remaining** — **30 months**<br>**List the contract number of any government contract** | **ProSport Logistics Agency Agreement**<br>**1901 Pratt Blvd.,**<br>**Elk Grove Village, IL 60007** |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** — **Contract to be ASSUMED**<br>**Commercial Truck Lease**<br>**State the term remaining** — **0 months**<br>**List the contract number of any government contract** | **Ryder**<br>**6000 Windward Parkway**<br>**Alpharetta, GA 30005** |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** — **Contract to be ASSUMED**<br>**Commercial Truck Lease**<br>**State the term remaining** — **0 months**<br>**List the contract number of any government contract** | **TCI Leasing**<br>**265 West Mill Street**<br>**San Bernardino, CA 92408** |

Debtor   **National Road Logistics, LLC.**                                    Case number (if known) _____

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest _____ **Contract to be ASSUMED** **Commercial Truck Lease** State the term remaining **0 months** List the contract number of any government contract _____ | **TEC Equipment** **P.O. Box 743076** **Los Angeles, CA 90074** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest _____ **Contract to be ASSUMED** **Chassis Lease** State the term remaining **0 months** List the contract number of any government contract _____ | **TRAC Intermodal** **750 College Road East** **Princeton, NJ 08540** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest _____ **Contract to be ASSUMED** State the term remaining **31 months** List the contract number of any government contract _____ | **West Market Industrial, LLC.** **1152 W. Leadora Avenue** **Glendora, CA 91741** |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ |

Debtor    **National Road Logistics, LLC.**                                                 Case number (if known) _____

Name                                                                              page __4__ of __4__

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name    **National Road Logistics, LLC.**

United States Bankruptcy Court for the: _____**Central**_____    District of    **California**
                                                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Paul Dukesherer** | **23402 Via Alondra**<br>Street<br><br>**Coto De Caza, CA 92679-3937**<br>City          State          ZIP Code | **Milestone Equipment Company** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 1 of **2**

Debtor   **National Road Logistics, LLC.**                             Case number (if known) _____
              Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H                          **Schedule H: Codebtors**                          page __2__ of __2__

Fill in this information to identify the case:

Debtor name **National Road Logistics, LLC.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................

   **$1,609,501.97**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................

   **$1,609,501.97**

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$7,500,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   **+      $36,239,717.98**

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b

   **$43,739,717.98**

Fill in this information to identify the case:

Debtor name    **National Road Logistics, LLC.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$15,092,147.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$53,408,496.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$46,116,779.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | **Shareholder Loan** | **$100,000.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

Debtor **National Road Logistics, LLC.** _____ Case number *(if known)* _____
  Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **DCLI** <br> Creditor's name <br> **3605 Long Beach Boulevard 205** <br> Street <br><br> **Long Beach, CA 90807** <br> City            State      ZIP Code | | **$12,395.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.2.  **Flexi Van Leasing, LLC.** <br> Creditor's name <br> **Mail Code 5269, P.O. Box 660367** <br> Street <br><br> **Dallas, TX 75266** <br> City            State      ZIP Code | | **$26,889.91** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.3.  **Penjamo Pallets, LLC.** <br> Creditor's name <br> **250 West Wardlow Road** <br> Street <br><br> **Long Beach, CA 90807** <br> City            State      ZIP Code | | **$15,342.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.4.  **City of Vernon** <br> Creditor's name <br> **P.O. Box 102661** <br> Street <br><br> **Pasadena, CA 91189** <br> City            State      ZIP Code | | **$14,642.33** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.5.  **Kair Harbor Express** <br> Creditor's name <br> **256 W. Manville Street** <br> Street <br><br> **Compton, CA 90220** <br> City            State      ZIP Code | | **$13,740.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

Debtor    **National Road Logistics, LLC.**                                                    Case number *(if known)*
     Name

3.6. **Scott Ryan Allman Customs Broker**                          **$11,959.70**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
**P.O. box A Station 1**                                                            ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                   ☐ Other _____
**Houma, LA 70363**
City                State      ZIP Code

3.7. **ADP Total Source**                                          **$395,562.00**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
                                                                                   ☐ Suppliers or vendors
Street                                                                              ☑ Services
                                                                                   ☐ Other _____

City                State      ZIP Code

3.8. **Internal Revenue Service**                                  **$96,000.00**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
**Po Box 7346**                                                                    ☐ Suppliers or vendors
Street                                                                              ☐ Services
**Centralized Insolvency Operation**                                               ☑ Other _____
**Philadelphia, PA 19101-7346**
City                State      ZIP Code

3.9. **Alex C**                                                    **$86,400.00**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
**515 S Flower St Ste 1300**                                                       ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                   ☑ Other _____
**Los Angeles, CA 90071-2252**
City                State      ZIP Code

3.10. **Fuelman**                                                  **$52,000.00**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
                                                                                   ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                   ☐ Other _____

City                State      ZIP Code

3.11. **ALC Investment Group, LLC.**                               **$48,000.00**    ☐ Secured debt
Creditor's name                                                                    ☐ Unsecured loan repayments
**12523 Limonite Avenue 440-279**                                                  ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                   ☐ Other _____
**Mira Loma, CA 91752**
City                State      ZIP Code

Debtor    **National Road Logistics, LLC.**
          Name                                                                  Case number *(if known)*

3.12. **Pacific Terminal Services Company,**                    $28,837.00       ☐ Secured debt
      **LLC.**                                                                   ☐ Unsecured loan repayments
      Creditor's name                                                           ☑ Suppliers or vendors
      **P.O. Box 679856**                                                       ☐ Services
      Street                                                                    ☐ Other _____

      **Dallas, TX 75320**
      City                State    ZIP Code

3.13. **Don Wilson Builders**                                  $28,066.66        ☐ Secured debt
      Creditor's name                                                           ☐ Unsecured loan repayments
                                                                                ☑ Suppliers or vendors
      Street                                                                    ☐ Services
                                                                                ☐ Other _____

      City                State    ZIP Code

3.14. **THDT Brokering, Inc.**                                 $20,000.00        ☐ Secured debt
      Creditor's name                                                           ☐ Unsecured loan repayments
      **P.O. Box 743076**                                                       ☑ Suppliers or vendors
      Street                                                                    ☐ Services
                                                                                ☐ Other _____

      **Los Angeles, CA 90074**
      City                State    ZIP Code

3.15. **Trans Gas Propane**                                    $19,263.86        ☐ Secured debt
      Creditor's name                                                           ☐ Unsecured loan repayments
      **1309 St. Johns Bluff Road 103**                                         ☐ Suppliers or vendors
      Street                                                                    ☑ Services
                                                                                ☐ Other _____

      **Jacksonville, FL 32225**
      City                State    ZIP Code

3.16. **CAL Valley Insurance Services**                        $19,016.24        ☐ Secured debt
      Creditor's name                                                           ☐ Unsecured loan repayments
                                                                                ☑ Suppliers or vendors
      Street                                                                    ☐ Services
                                                                                ☐ Other _____

      City                State    ZIP Code

3.17. **DMHS**                                                 $15,393.96        ☐ Secured debt
      Creditor's name                                                           ☐ Unsecured loan repayments
      **P.O. Box 31001-4056**                                                   ☑ Suppliers or vendors
      Street                                                                    ☐ Services
                                                                                ☐ Other _____

      **Pasadena, CA 91110**
      City                State    ZIP Code

Debtor    **National Road Logistics, LLC.**                                          Case number *(if known)*
_____
Name

3.18. **Uline**                                              **$15,096.83**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**2200 S. Lakeside Drive**                                                          ☑ Suppliers or vendors
Street                                                                              ☐ Services
**Attn: Accounts Receivable**                                                       ☐ Other _____
**Waukegan, IL 60085**
City                    State     ZIP Code

3.19. **Verizon**                                           **$14,597.56**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**Verizon Wireless Bankruptcy**                                                     ☑ Suppliers or vendors
**Administration 500 Tecnolgy Dr Ste**                                              ☐ Services
**500**
Street                                                                              ☐ Other _____

**Weldon Springs, MO 63304**
City                    State     ZIP Code

3.20. **Flexi Van Leasing, LLC.**                           **$14,494.66**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**Mail Code 5269, P.O. Box 660367**                                                 ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other _____
**Dallas, TX 75266**
City                    State     ZIP Code

3.21. **Pierpass, LLC.**                                     **$13,210.24**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
                                                                                    ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other _____

City                    State     ZIP Code

3.22. **Toyota Industries Commercial**                      **$13,182.45**          ☐ Secured debt
**Finance, Inc.**                                                                   ☐ Unsecured loan repayments
Creditor's name                                                                     ☑ Suppliers or vendors
**P.O. Box 634558**                                                                 ☐ Services
Street                                                                              ☐ Other _____

**Cincinnati, OH 45263**
City                    State     ZIP Code

3.23. **1562 Properties, LLC.**                             **$12,906.00**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**60 Buckskin Lane**                                                                ☑ Suppliers or vendors
Street                                                                              ☐ Services
**Agent Robert Craig Killam Jr.**                                                   ☐ Other _____
**Palos Verdes Peninsula, CA 90274**
City                    State     ZIP Code

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor **National Road Logistics, LLC.**    Case number *(if known)* _____
   Name

**3.24.** **City of Vernon**     **$11,296.28**
Creditor's name

**P.O. Box 102661**
Street

**Pasadena, CA 91189**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**3.25.** **Citicard**     **$11,000.00**
Creditor's name

**PO Box 6500**
Street

**General Correspondence**

**Sioux Falls, SD 57117**
City    State    ZIP Code

- ☐ Secured debt
- ☑ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**3.26.** **Kair Harbor Express**     **$9,800.00**
Creditor's name

**256 W. Manville Street**
Street

**Compton, CA 90220**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**3.27.** **Scott Ryan Allman Customs Broker**     **$9,584.70**
Creditor's name

**P.O. box A Station 1**
Street

**Houma, LA 70363**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**3.28.** **TRAC Intermodal**     **$8,656.70**
Creditor's name

**750 College Road East**
Street

**Princeton, NJ 08540**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **6**

Debtor **National Road Logistics, LLC.** Case number *(if known)* _____

Name

| 4.1. | | | | |
|---|---|---|---|---|
| **Paul Dukesherer** | _____ | **$41,102.54** | **Distribution Compensation** | |
| Creditor's name | | | | |

**23402 Via Alondra**

Street

**Coto De Caza, CA 92679-3937**

City                State        ZIP Code

| **Relationship to debtor** |
|---|

**Owner**

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Prologis** <br> Creditor's name <br><br> **17777 Center Court Drive North** <br> Street <br><br><br> **Cerritos, CA 90703** <br> City            State    ZIP Code | **Leased Real Estate Building** | **2/16/2025** | **$0.00** |
| 5.2. **Milestone Equipment Company** <br> Creditor's name <br><br> **1320 E. Lomita Boulevard** <br> Street <br><br><br> **Wilmington, CA 90744** <br> City            State    ZIP Code | **40 Chassis** | **2/26/2026** | **$60,000.00** |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br><br> _____ <br> City        State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

Debtor   **National Road Logistics, LLC.**                                                        Case number *(if known)*
         Name

| 7.1. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Nordstrom v. National Road Logistics** | **Breach of Contract/Collections** | **California Superior Court** <br> Name <br> **275 Magnolia Ave** <br> Street <br> **George Deukmejian Courthouse** <br> **Long Beach, CA 90802** <br> City            State    ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| | **Case number** | | | |
| | **25LBCV03074** | | | |

| 7.2. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Camel Logistics Group, LLC. vs. National Road Logistics, LLC.** | **Collections** | **Circuit Court of South Carolina, County of Charleston** <br> Name <br> **100 Broad Street 143** <br> Street <br> <br> **Charleston, SC 29401** <br> City            State    ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| | **Case number** | | | |
| | **2026CP1000185** | | | |

| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Cintas Corporation No 3 v. National Road Logistics Llc (2026)** | **Collections Matter** | **California Superior Court County of Los Angeles** <br> Name <br> **111 N Hill St** <br> Street <br> <br> **Los Angeles, CA 90012-3117** <br> City            State    ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| | **Case number** | | | |
| | | | | |

| 7.4. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Milestone Equipment Company, LLC. vs. National Road Logistics, LLC.** | **Breach of Contract** | **California Superior Court County of Los Angeles** <br> Name <br> **111 N Hill St** <br> Street <br> <br> **Los Angeles, CA 90012-3117** <br> City            State    ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| | **Case number** | | | |
| | | | | |

| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Pacific Power Logistics Inc v. National Road Logistics LLC (2026)** | **Collections** | **California Superior Court County of Los Angeles** <br> Name <br> **111 N Hill St** <br> Street <br> <br> **Los Angeles, CA 90012-3117** <br> City            State    ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| | **Case number** | | | |
| | **26LBCV00441** | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **8**

Debtor   **National Road Logistics, LLC.**                                    Case number *(if known)*
Name

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**Creditors Adjustment Bureau, Inc. vs National Road Logistics, LLC (2025)**

**Collections**

**California Superior Court County of Los Angeles**
Name

**111 N Hill St**
Street

| | Status of case |
|---|---|
| ☑ | Pending |
| ☐ | On appeal |
| ☐ | Concluded |

Case number

**Los Angeles, CA 90012-3117**
City                State    ZIP Code

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| Case title | | Court name and address |
|---|---|---|

Name

City          State     ZIP Code

| Case number | | Street |
|---|---|---|

| Date of order or assignment | | City          State     ZIP Code |
|---|---|---|

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

**Christopher Onyenobi**
Recipient's name

**Money for a religious donation**

**04/25/2024**

**$7,000.00**

**2011 Colorado Avenue**
Street

**Santa Monica, CA 90404**
City          State     ZIP Code

Recipient's relationship to debtor

**None**

---

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **National Road Logistics, LLC.** _____   Case number *(if known)* _____
     Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

<div style="background:black;color:white">Part 6:</div> Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Lake Forest Bankruptcy** | **Retainer** | **03/27/2026** | **$45,000.00** |

**Address**

**26632 Towne Centre Dr Ste 300 Ste 300**
Street

_____

**Foothill Ranch, CA 92610-2814**
City         State   ZIP Code

**Email or website address**

**www.go2.law**

**Who made the payment, if not debtor?**

**National road Logistics, LLC.**

| 11.2. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Lake Forest Bankruptcy** | **Attorney's Fee Used Pre-Petition** | **4/7/2026** | **$7,550.00** |

**Address**

**26632 Towne Centre Drive 300**
Street

**Lake Forest Bankruptcy II, APC**

**Foothill Ranch, CA 92610**
City         State   ZIP Code

**Email or website address**

**avaesq@lakeforestbkoffice.com**

**Who made the payment, if not debtor?**

_____

Debtor    **National Road Logistics, LLC.** _____    Case number *(if known)* _____
          Name

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City              State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. **3090 Via Mondo** | From **09/01/2019**  To **04/01/2023** |
| Street | |
| **Compton, CA 90221** | |
| City              State     ZIP Code | |

Debtor **National Road Logistics, LLC.**
Name

Case number *(if known)* _____

14.1. **20333 Normandie Ave** _____   From **4/1/2023** To **12/31/2025**
Street

**Torrance, CA 90502-1215** _____
City                State    ZIP Code

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| Street _____ | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City      State    ZIP Code | _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.      **Addresses, names, banking, trade data, some**
State the nature of the information collected and retained. **proprietary information**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Retirement Savings Plan Voya Financial** | EIN: **8 2** – **3 1 5 7 3 2 4** |

Has the plan been terminated?

☑ No

☐ Yes

Debtor **National Road Logistics, LLC.** _____ Case number *(if known)* _____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Citizen's Business Bank**<br>Name<br>**701 N Haven Avenue**<br>Street<br><br>**Ontario, CA 91764**<br>City  State  ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>———— | **10/1/2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ❑ No<br>❑ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **13**

Debtor  **National Road Logistics, LLC.** _____  Case number *(if known)* _____
         Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **MIlestone Equipment Company, LLC.** <br> Name <br> **1520 South 5th Street 270** <br> Street <br><br> **Saint Charles          MO     63303** <br> City                State   ZIP Code | | ~~Equipment Type. Quantity 20'~~ <br> ~~Slider 2 40-45 Extendable. 1 40'~~ <br> ~~Gooseneck. 1 40' Gooseneck. 2~~ <br> ~~40' Gooseneck. 280 40-45'~~ <br> ~~Extensable. 10 20/40' Combo~~ <br> Triaxle. 10 | ~~_____~~ |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Retirement Savings Plan Voya Financial** <br> Name <br> **230 Park Ave,** <br> Street <br><br> **New York          NY     10169** <br> City                State   ZIP Code | | ~~401K Retirement Funds~~ | **$354,491.63** |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

     ☑ No

     ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ <br><br> **Case number** <br><br> _____ | Name <br> _____ <br> Street <br> _____ <br><br> _____ <br> City          State   ZIP Code | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No

     ☐ Yes. Provide details below.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **14**

Debtor **National Road Logistics, LLC.** _____ Case number *(if known)* _____
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State     ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Fahmia, Inc.** | From **10/09/2017**  To **Present** |
| Name | |
| **21250 Hawthorne Boulevard 850** | |
| Street | |
| **Torrance, CA 90503** | |
| City          State          ZIP Code | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **15**

Debtor    **National Road Logistics, LLC.**                                                    Case number *(if known)*
   Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Fahmia, Inc.** <br>    Name <br><br>    **21250 Hawthorne Boulevard** <br>    Street <br><br><br>    **Torrance, CA 90503** <br>    City  State  ZIP Code | From **10/09/2017** To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>   **Fahmia, Inc.** <br>    Name <br>    **21250 Hawthorne Boulevard** <br>    Street <br><br><br>    **Torrance17, CA 90503** <br>    City  State  ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Name and address |
|---|
| 26d.1. **Prologis Management, LLC.** <br>    Name <br>    **2141 Rosecrans 1151** <br>    Street <br><br><br>    **El Segundo, CA 90245** <br>    City  State  ZIP Code |

| Name and address |
|---|
| 26d.2. **Nordstrom, Inc.** <br>    Name <br>    **1617 6th Avenue** <br>    Street <br><br><br>    **Seattle, WA 98101** <br>    City  State  ZIP Code |

Debtor   **National Road Logistics, LLC.**                                           Case number *(if known)*
         Name

| **Name and address** |
|---|

26d.3.  **Sunshine Distribution, L.P. C/O DWS**
        Name

**535 Anton Boulevard 200**
Street

**Costa Mesa, CA 92626**
City                              State              ZIP Code

| **Name and address** |
|---|

26d.4.  **Starship FM 1960 LP**
        Name

**P.O. Box 973**
Street

**Seabrook, TX 77586**
City                              State              ZIP Code

| **Name and address** |
|---|

26d.5.  **JLL Industrial Property Management**
        Name

**17877 Von Karman Avenue 500**
Street

**Irvine, CA 92614**
City                              State              ZIP Code

| **Name and address** |
|---|

26d.6.  **MB Insurance**
        Name

**35 N. Lake Avenue #710**
Street

**Pasadena, CA 91101**
City                              State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | |

| **Name and address of the person who has possession of inventory records** |
|---|

27.1.

Name

Street

City                              State              ZIP Code

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                              page **17**

Debtor **National Road Logistics, LLC.**                                     Case number *(if known)* _____
        Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Dukesherer** | **23402 Via Alondra Coto De Caza, CA 92679-3937** | **CEO, Sole and Managing Member** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Paul Dukesherer** | **23402 Via Alondra Coto De Caza, CA 92679-3937** | **CEO, Member** | From _____ To _____ |
| **Alexander Hast** | **25 Seaview Drive S. Palos Verdes Peninsula, CA 90274** | **President, Member** | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name _____ Street _____ City          State     ZIP Code **Relationship to debtor** _____ | _____ | _____ | _____ |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

| Debtor | National Road Logistics, LLC. | | Case number *(if known)* _____ |
|--------|-------------------------------|--|--------------------------------------------|
| | Name | | |

| Alexander Hast | 25 Seaview Drive S. Palos Verdes Peninsula, CA 90274 | President, Member | From _____ To _____ |
|----|----|----|----|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name _____ Street _____ City          State      ZIP Code **Relationship to debtor** _____ | _____ | _____ | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM/ DD/ YYYY

X _____          Printed name _____ **Paul Dukesherer** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ **President** _____

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 18

Debtor      **National Road Logistics, LLC.**                                              Case number *(if known)* _____
            Name

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____ **National Road Logistics, LLC.** _____

United States Bankruptcy Court for the:
_____ **Central District of California** _____

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/6/2026
_____
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Paul Dukesherer**
_____
Printed name

**President**
_____
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Central District of California

**In re**     National Road Logistics, LLC.

Case No. _____

**Debtor**

Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................................................    **$7,550**

    Prior to the filing of this statement I have received ...........................................................................    $7,550

    Balance Due ...................................................................................................................................    **$0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/06/2026** | **/s/ Anerio Ventura Altman** |
|---|---|
| *Date* | Anerio Ventura Altman |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 228445
Lake Forest Bankruptcy
Lake Forest Bankruptcy II, APC
26632 Towne Centre Drive 300
Foothill Ranch, CA 92610
Phone: (949) 218-2002

</div>

**Lake Forest Bankruptcy**

*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman<br>Bar Number: 228445<br>Lake Forest Bankruptcy<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive 300<br>Foothill Ranch, CA 92610<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br><br>☑ *Attorney for:* **National Road Logistics, LLC.** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>National Road Logistics, LLC.<br><br><br><br>Debtor(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO RBP 1007(A)(1)<br>AND 7007.1, AND LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

Paul Dukesherer

I, *(Printed name of attorney or declarant)* ___~~Anerio Ventura Altman~~___ , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

❏ I am a party to an adversary proceeding

❏ I am a party to a contested matter

❏ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Paul Dukesherer
100% interest

b.      ❏ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 4/6/2026            By: _____
                                Signature of Debtor, or attorney for Debtor
                                    Paul Dukesherer
                          Name: _____Aherlo Ventura Altman_____
                                Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Anerio Ventura Altman**<br>**Bar Number: 228445**<br>**Lake Forest Bankruptcy**<br>**Lake Forest Bankruptcy II, APC**<br>**26632 Towne Centre Drive 300**<br>**Foothill Ranch, CA 92610**<br>**Phone: (949) 218-2002**<br>**Email: avaesq@lakeforestbkoffice.com** | |
| ☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**National Road Logistics, LLC.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___20___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 4/6/2026

Date: 4/6/2026

Date: 4/6/2026

*Paul Trickshomer*
President

*[signature]*
Signature of Debtor 2 (joint debtor) (if applicable)

/S/ ANERIO V. ALTMAN, ESQ.
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

1452 W. Knox Street, LLC., A
Delaware Limited Liability
Company
Prologis
17777 Center Court Drive North 100
Cerritos, CA 90703


1562 Properties, LLC.
Agent Robert Craig Killam Jr.
60 Buckskin Lane
Palos Verdes Peninsula, CA 90274


ACC Business
P.O. Box 5077
Carol Stream, IL 60197


Acumen Group
2651 walnut Avenue
Signal Hill, CA 90755


Advance Service Group, LLC
2-01 50th Street
Long Island City, NY 11101


Airespring
1801 W. Olympic Boulevard
Pasadena, CA 91199


AJW Enterprise
19540 Vista Hermosa Drive
Walnut, CA 91789


ALC Investment Group, LLC.
12523 Limonite Avenue 440-279
Mira Loma, CA 91752

Alex Bun Kim
515 S Flower St Ste 1300
Los Angeles, CA 90071-2252

Alliance Specialist
P.O. Box 1286
Downey, CA 90240

Altus Commercial Receivables
633 W. Fifth Street 26th & 28th Floor
Los Angeles, CA 90071

Altus Receivables
Management
c/o Getida LLC
2121 Airline Drive Suite 520
Metairie, LA 70001

AM Trans Expedite
P.O. Box 24498
New York, NY 10087

American Intermodal
Logistics
P.O. Box 674951
Detroit, MI 48267

Atlas Transportation Services
2306 Avenida Costa Este
San Diego, CA 92154

ATS Logistics Services, Inc.
L6x 7130 P.o. Box 1450
Minneapolis, MN

Autotek Compliance
140 Linden Avenue #1055
Long Beach, CA 90802

Avcogas
253 N. Berry
Brea, CA 92821

BCM Customer Service, Inc.
12155 Kirham Road
Poway, CA 92064

BNC Technology Inc.
8441 Klingerman
Rosemead, CA 91770

Brothers Pallets
1603 E. Poppy Street
Long Beach, CA 90805

C3 Fuels
P.O. Box 91417
Long Beach, CA 90809

California Superior Court

Camel Logistics, LLC.
4 Carriage Ln
Charleston, SC 29407-6065

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

Capital Premium Insurance
12235 South 880
Draper, UT 84020

Cargomanager
2560 U.S. Highway 22 East
Scotch Plains, NJ 07076

Carl H. Petkoff
205 King Street
P. O Drawer 486 400
Charleston, SC 29402

Cell Business Equipment
P.O. Box 83149
Chicago, IL 60691

Christ Loves you
P.O. Box 030310
Los Angeles, CA 90030

City of Angels Fire Protection
8434 Tweedy Lane
Downey, CA 90240

City of Los Angles Fire
Department
4284 Union Pacific Avenue
Los Angeles, CA 90023

City of Vernon
P.O. Box 102661
Pasadena, CA 91189


COFC Logistics LLC
P.O. Box 102661
Pasadena, CA 91189


Comcast Business
7015 Spring Meadows Drive
Holland, OH 43528


Copeland
P.O. Box 60533
City of Industry, CA 91716


Corcentric, LLC.
6223 North Discovery Way 120
Boise, ID 83713


Coverall North America, Inc.
62861 Collections Center Drive
Chicago, IL 60693


Crown XPress Transport
2955 Momentum Place
Chicago, IL 60689


CSI Patrol Service, Inc.
2288 Airway Lane
San Diego, CA 92154

DCLI
3605 Long Beach Boulevard 205
Long Beach, CA 90807


Dead Presidents, LLC.
C/O Gerardo Hernandez
27120 Eucalyptus G
Moreno Valley, CA 92555


Department of Motor Vehicles
P.O. Box 825339
Sacramento, CA 94232


Descartes Systems (USA)
P.O. Box 825339
Atlanta, GA 30384


DMHS
P.O. Box 31001-4056
Pasadena, CA 91110


Duran Freight Corp.
7295 Siempre Viva Road
San Diego, CA 92154


Elumus, LLC.
430 S. Tracy Avenue
Bozeman, MT 59715


Enriques Forklift Repair Inc.
11902 Laurel Avenue
Whittier, CA 90605

Evans Delivery Company, Inc.
P.O. box 62892
Baltimore, MD 21264

Extensiv
2100 E. Grand Avenue 100
El Segundo, CA 90245

Firetron Life Safety Solutions
P.O. Box 1787
San Antonio, TX 78296

Flatbed Dispatch, Inc.
26025 Newport Road F453
Menifee, CA 92584

Flexi Van Leasing, LLC.
Mail Code 5269, P.O. Box 660367
Dallas, TX 75266

FlexiVan
7320 E. Butherus Drive 201
Scottsdale, AZ 85260

For2Fi, Inc.
P.O. Box 79428
Dallas, TX 75266

Forward Air Corporation
P.O. Box 950452
Saint Louis, MO 63195

Fox River Packaging
P.O. Box 950452
Saint Louis, MO 63195

Freight Flex Corporate
2437 Fort Worth Drive
Denton, TX 76205

FS Commercial Landscape,
Inc.
5151 Pedly Road
Jurupa Valley, CA 92509

GBA Trans, Inc.
317 SW 322nd Street
Federal Way, WA 98023

GBS Electric, LLC.
602 Grand Avenue
Bacliff, TX 77518

GFL Environmental
P.O. Box 4524
Houston, TX 77210

Globaltranz Enterprises, Inc.
2700 Commerce Street 1500
Dallas, TX 75226

Greenway Worldwide
714 West Olympic Boulevard 801
Los Angeles, CA 90015

Harbor Truck Parts
17316 S. Broadway Gardena
Gardena, CA 90248

Hatkoff & Minassian
18757 Burbank Boulevard 100
Tarzana, CA 91356

Hockaday Transportation,
LLC.
5526 Palos Verdes Boulevard
Torrance, CA 90502

Hyundai Merchant Marine Co.
A/R/ Dpt 222 W. Las Colinas Boulevard
700
Irving, TX 75039

J.J. Keller & Associates, Inc.
P.O. Box 6609
Carol Stream, IL 60197

Justos Machine Shop, Inc.
6601 S. Maywood Avenue P
Huntington Park, CA 90255

Kair Harbor Express
256 W. Manville Street
Compton, CA 90220

KCH Transportation
1208 King Street
Chattanooga, TN 37403

Leviton Manufacturing
201 North Service Road,
Melville, NY 11747

Lift Data Services
4368 Bandini Boulevard
Los Angeles, CA 90058

Lopez Transportation
Services, LLC.
220 Saint Michael Street
Mobile, AL 36602

Los Angeles County Tax
Collector
13839 Reeveston Road
Houston, TX 77039

Los Angeles County Treasurer
P.O. Box 54027
Los Angeles, CA 90054

M. Alim Malik
2030 Main Street 1500
Irvine, CA 92614

Margin Freight
P.O. Box 512399
Los Angeles, CA 90051

Maxx Trailers, LLC.
P.O. Box 737606
Dallas, TX 75373

McKinney Trailer Rentals
5144 Stratford Road
Los Angeles, CA 90042

McKinney Vehicle Services,
Inc.
2601 Saturn Street 110
Brea, CA 92821

Michoacano Road Service
P.O. Box 515574
Los Angeles, CA 90042

Mid Lane Carriers, Inc.
1327 w. El Segundo Boulevard
Gardena, CA 90247

Milestone
Concora
PO Box 4477
Beaverton, OR 97076

Milestone
1 E. 22nd Street 801
Lombard, IL 60148

Milestone Equipment
Company
1320 E. Lomita Boulevard
Wilmington, CA 90744

Nordstrom
PO Box 100135
Columbia, SC 29202

Nordstrom, Inc.
8680 Hayden Place
Culver City, CA 90232

Optix, LLC.
529 S 16th St
La Porte, TX 77571

Pacific Power Logistics, Inc.
2599 E. 28th Street 208
Signal Hill, CA 90755

Pacific Terminal Services
Company, LLC.
P.O. Box 679856
Dallas, TX 75320

Pam Reed
Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70001

Paul Dukesherer
23402 Via Alondra
Coto De Caza, CA 92679-3937

Peak Logistics and
Fulfillment, LLC.
4332 Cerritos Ave Ste 204
Los Alamitos, CA 90720-2557

Penjamo Pallets, LLC.
250 West Wardlow Road
Long Beach, CA 90807

Penske Truck Rentals
4332 Cerritos Avenue 204
Los Alamitos, CA 90720

Platinum Cargo Logistics
1842 E. 41st Place
Los Angeles, CA 90058

Platinum Cargo Logistics, LLC.
5181 Ward Road 101
Wheat Ridge, CO 80033

PNC Bank, N.A.
655 Business Center Drive 250
Horsham, PA 19044

PNC Equipment Finance
801 Adlai Stevenson Drive
Springfield, IL 62703

PortPro Technologies
P.O. Box 827380
Philadelphia, PA 19182

Premier Safety Compliance
Dept. 42138 P.O. Box 650823
Dallas, TX 75265

Price Transfer
P.O. Box 23996
New York, NY 10087

Prologis Essentials
Development, Inc.
1800 Wazee Street 500
Denver, CO 80202

Prologis Management, LLC.
4545 Airport Way
Denver, CO 80239

Prosport Logistics
1800 Wazee Street 500
Denver, CO 80202

ProSport Logistics Agency
Agreement
1901 Pratt Blvd.,
Elk Grove Village, IL 60007

Quickfix Chassis
17777 Center Court North Drive 100
Cerritos, CA 90703

Quill
3806 Kelley Avenue A
Springdale, AR 72762

Republic Services
P.O. Box 90008
Long Beach, CA 90809

Rotary Club of San Pedro
P.O. Box 37600
Philadelphia, PA 19101

RTS Financial Services, Inc.
P.O. Box 78829
Phoenix, AZ 85062

Rutan & Tucker, LLP
611 Anton Blvd. 1400
Costa Mesa, CA 92626

Ryder
6000 Windward Parkway
Alpharetta, GA 30005

Saia Motor Freight Line, LLC.
P.O. Box 78829
San Pedro, CA 90731

Samsara Inc.
P.O. Box 840267
Dallas, TX 75284

SC Trans
1 De Haro Street
San Francisco, CA 94107

Scott Ryan Allman Customs
Broker
P.O. box A Station 1
Houma, LA 70363

Securitas Technology
Corporation
850 west Artesia Boulevard
Compton, CA 90220

Select HR Services C/O Rev.
Capital
P.O. Box 2192
Calexico, CA 92232

Select HR Services, LLC.
1001 W. Whittier Boulevard D
Montebello, CA 90640

Shorty's Towing
Department CH 10651
Palatine, IL 60055

Silverstar Express, Inc.
P.O. Box 741791
Los Angeles, CA 90074

Smart Source of California,
LLC.
19010 South Laurel Park Drive
Compton, CA 90220

Sparta Fence Inc.
P.O. Box 106022
Atlanta, GA 30348

Starship 1960
504 S. Lemon
Fullerton, CA 92832

Sunshine Distribution, L.P.
222 S. Riverside Plaza 2600
Chicago, IL 60606-6114

Sunshine Distribution, L.P.
1840 Century Park East 1900
Los Angeles, CA 90067


TAFS, Inc.


TCI Leasing
265 West Mill Street
San Bernardino, CA 92408


TEC Equipment
P.O. Box 743076
Los Angeles, CA 90074


THDT Brokering, Inc.
P.O. Box 743076
Los Angeles, CA 90074


The Simplex Group, Inc.


Torres Tire Shop
7500 NW 52nd Street 100
Miami, FL 33166


Total quality Logistics
1301 W. 11st Street
Long Beach, CA 90813

Toyota Industries Commercial
Finance, Inc.
P.O. Box 634558
Cincinnati, OH 45263

Toyota Material Handling
Solutions
P.O. Box 660926
Dallas, TX 75266

TRAC Intermodal
750 College Road East
Princeton, NJ 08540

Trailer Repair System
C/O US BANK
PO Box 952064
Saint Louis, MO 63195

Trans Gas Propane
1309 St. Johns Bluff Road 103
Jacksonville, FL 32225

Trans Republica East, Inc.
P.O. Box 3983
Glendale, CA 91221

Transcredit, Inc.
3820 Sunset Lane Apartment D
San Ysidro, CA 92173

Transvorto
27 Artley Road Unite 27-1
Savannah, GA 31408

TXU Energy
74-478 Highway 111
Palm Desert, CA 92260

Uline
P.O. Box 610028
Dallas, TX 75261

Unlimited Port Transport
PO Box Box 650638

Veratex Gas Group, LLC.
PO Box 88741
Chicago, IL 60680

Wast Resources Lynwood
PO Box 540467
Houston, TX 77259

Waste Management of Texas,
Inc.
15000 S. Figueroa Street
Gardena, CA 90248

Water Source Solutions
Po Box 660345
Dallas, TX 75266

West Market Industrial, LLC.
PO Box Box 3818
Gardena, CA 90247

West Market Industrial, LLC.
1152 W. Leadora Avenue
Glendora, CA 91741

William Fox
Vericore
10115 Kincey Avenue 100
Huntersville, NC 28078

Wisetech Global, Inc.
14141 Covello Street 1D
Van Nuys, CA 91405

Wolf, Rifkin, Shapiro,
Schulman & Rabkin, LLP.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

XTRA Lease, LLC.
1051 E. Woodfield Road
Schaumburg, IL 60173

Ziglift
Dept CH 17504
Palatine, IL 60055

# United States Bankruptcy Court
## Central District of California

In re  **National Road Logistics, LLC.** _____   Case No.  _____

                                                    Debtor(s)   Chapter         11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **National Road Logistics, LLC.** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

4/6/2026                               /S/ ANERIO V. ALTMAN, ESQ.
_____            _____
Date                                   **Anerio Ventura Altman**
                                       Signature of Attorney or Litigant
                                       Counsel for __ **National Road Logistics, LLC.** __
                                       **Bar Number: 228445**
                                       **Lake Forest Bankruptcy**
                                       **Lake Forest Bankruptcy II, APC**
                                       **26632 Towne Centre Drive 300**
                                       **Foothill Ranch, CA 92610**
                                       **Phone: (949) 218-2002**
                                       **Email: avaesq@lakeforestbkoffice.com**