ELSA HOROWITZ (State Bar No. 195689)
  ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Creditor MILESTONE
CHASSIS COMPANY LLC successor-in-
interest to MILESTONE EQUIPMENT
COMPANY LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:26-bk-13324-BR |
| NATIONAL ROAD LOGISTICS, LLC., | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |
| | Judge:  Hon. Barry Russell |

**REQUEST IS HEREBY MADE** that all parties in interest and all counsel of record provide copies of all notices, papers, and pleadings filed in the above-entitled case to creditor Milestone Chassis Company LLC successor-in-interest to Milestone Equipment Company LLC ("Creditor"), at the foregoing address:

> Milestone Chassis Company LLC successor-in-interest to
> Milestone Equipment Company LLC
> 1 East 22nd Street, Suite 801
> Lombard, IL 60148
> Attn: Legal Department
> Email: legal@milestonechassis.com

This request encompasses all notices and papers referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the Bankruptcy Court for the Central District of California and notice of all applications, complaints, demands, hearing, motions, pleadings, and requests.

/ / /

6996311.1

-1-

**REQUEST IS ALSO MADE** that the debtor and the Clerk of the above-entitled Court add Creditor and its address as set forth above on any mailing lists or matrix of creditors prepared in the above-entitled case.

DATED: April 7, 2026                    WOLF, RIFKIN, SHAPIRO,
                                        SCHULMAN & RABKIN, LLP


                                        By: _____*/s/  Elsa Horowitz*_____
                                            ELSA HOROWITZ
                                        Attorneys for Creditor MILESTONE CHASSIS
                                        COMPANY LLC successor-in-interest to
                                        MILESTONE EQUIPMENT COMPANY LLC

6996311.1

REQUEST FOR SPECIAL NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 11400 W. Olympic Blvd., 9th Floor, Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/07/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**    aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
- **Ron Maroko**    ron.maroko@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/07/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/07/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/07/2026 | Jean Lee | /s/ Jean Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.